UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| YOANDY FERNANDEZ-MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>AGUILAR, *et al.*,<br><br>  Defendants. | Case No. 2:22-cv-00451-RFB-DJA<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE YOANDY FERNANDEZ-MORALES, #1201578** |

TO:  GABRIELA NAJERA, SOUTHERN DESERT CORRECTIONAL CENTER INDIAN SPRINGS, NV

**THE COURT HEREBY FINDS** that **YOANDY FERNANDEZ-MORALES, #1201578**, is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Southern Desert Correctional Center, or her designee, shall arrange for and produce **YOANDY FERNANDEZ- MORALES, #1201578**, on or about Tuesday, February 21, 2023, at the hour of 9:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **YOANDY FERNANDEZ- MORALES, #1201578,** is released and discharged by the said Court; and that **YOANDY FERNANDEZ- MORALES, #1201578**, shall thereafter be returned to the custody of the Warden, Southern Desert Correctional Center, Indian Springs, NV, under safe and secure conduct.

**DATED** this <u>24th</u> day of January, 2023.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**