UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOANDY FERNANDEZ-MORALES,<br><br>     Plaintiff,<br><br>v.<br><br>AGUILAR, *et al.*,<br><br>     Defendants. | Case No. 2:22-cv-00451-RFB-DJA<br><br>**AMENDED ORDER TO PRODUCE FOR VIDEOCONFERENCE YOANDY FERNANDEZ-MORALES, #1201578** |

TO:   FERNANDIES FRAZIER, WARDEN, NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NV

**THE COURT HEREBY FINDS** that **YOANDY FERNANDEZ-MORALES, #1201578**, is presently in custody of the Nevada Department of Corrections, located at Northern Nevada Correctional Center, Carson City, Nevada.

**IT IS HEREBY ORDERED** that the Warden of Northern Nevada Correctional Center, or her designee, shall arrange for and produce **YOANDY FERNANDEZ-MORALES, #1201578**, on or about Tuesday, February 21, 2023, at the hour of 9:00 a.m., for a videoconference hearing by zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **YOANDY FERNANDEZ- MORALES, #1201578,** is released and discharged by the said Court; and that **YOANDY FERNANDEZ- MORALES, #1201578**, shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, Carson City, NV, under safe and secure conduct.

**DATED** this <u>26th</u> day of January, 2023.

_____
**RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE**