UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YOANDY FERNANDEZ MORALES<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>AGUILAR, et al.,<br><br>　　　　　Defendants. | Case No. 2:22-CV-00451-RFB-DJA<br><br>**ORDER TO PRODUCE FOR VIDEOCONFERENCE:  YOANDY FERNANDEZ MORALES #1201578** |

TO:
<u>NETHANJAH BREITENBACH</u>, <u>WARDEN,</u>
<u>NORTHERN NEVADA CORRECTIONAL CENTER, CARSON CITY, NEVADA</u>

THE COURT HEREBY FINDS that **YOANDY FERNANDEZ MORALES #1201578**, is presently in custody of the Nevada Department of Corrections, located at the Northern Nevada Correctional Center (NNCC), Carson City, Nevada.

IT IS HEREBY ORDERED that the Warden of NNCC, or his designee, shall arrange for and produce **YOANDY FERNANDEZ MORALES #1201578** on or about <u>August 17, 2023, at the hour of 10:00 a.m. at the Bruce R Thompson Federal Courthouse, 400 S. Virginia Street in Reno Nevada</u>, in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **YOANDY FERNANDEZ MORALES #1201578**, is released and discharged by the said Court; and that **YOANDY FERNANDEZ MORALES #1201578**  shall thereafter be returned to the custody of the Warden, Northern Nevada Correctional Center, under safe and secure conduct.

　　　　**DATED** this 28th day of July, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD F BOULWARE II
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE