# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Yoandy Fernandez Morales,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Aguilar, et al.,<br><br>　　　　　　Defendants. | Case No. 2:22-cv-00451-RFB-DJA<br><br>**Order** |

　　　　Before the Court is Plaintiff's motion to extend copy work. (ECF No. 100). Plaintiff moves to extend his copy work limit by $20.00. Under NDOC Administrative Regulation 722.01(7), copies of legal documents may be made for inmates for a nominal fee. Inmates "can only accrue a maximum of $100 debt for copy work expenses for all cases, not per case." NDOC Regulation 722.01(7)(D). However, a court may "order a prison to provide limited photocopying when it is necessary for an inmate to provide copies to the court and other parties." *Allen v. Clark Cnty. Det. Ctr.*, 2:10-CV-00857- RLH-GWF, 2011 WL 886343, *2 (D. Nev. Mar. 11, 2011).

　　　　Here, the Court finds it necessary to extend Plaintiff's copy work limit, given that Plaintiff is indigent, has been actively litigating his case, has multiple cases, and is set to appear at an in-person hearing on January 19, 2024. The Court therefore grants Plaintiff's motion. Plaintiff's copy work limit shall be increased by $20.00 at this time. If Plaintiff exhausts the $20.00 and requires additional funds, he may file a motion requesting an extension of the limit. Plaintiff is further advised to use his copying privileges sparingly, and to refrain from filing numerous and duplicative motions.

///

///

///

**IT IS THEREFORE ORDERED** that Plaintiff's motion to extend copy work (ECF No. 100) is **GRANTED.** Plaintiff's copy work limit is increased by $20.00.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail a copy of this order to the Chief of Inmate Services for NDOC, P.O. Box 7011, Carson City, NV 89702.

DATED: December 13, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE